UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HAILE ABEBE, )
    *Plaintiff*, )
 )
  *vs.* )
 )
THERMO FISHER SCIENTIFIC, INC., )
    *Defendant.* ) | 1:15-cv-00206-JMS-DKL | |

# FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendant, such that Plaintiff shall take nothing by way of his Complaint.

Date: January 31, 2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**